500 Pa. 233 (1983)
455 A.2d 635
Richard H. YOUNG, Appellant,
v.
UNITED STATES FIDELITY & GUARANTY COMPANY.
Supreme Court of Pennsylvania.
Argued January 24, 1983.
Decided February 1, 1983.
Fred Lowenschuss, Philadelphia, for appellant.
David Faust, Allan C. Molotsky, Philadelphia, for appellee.
Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

*234 ORDER
PER CURIAM.
Appeal dismissed. 299 Pa.Super. 237, 445 A.2d 542.